# United States District Court
# Central District of California

| | |
|---|---|
| JENNIFER RENNICK, on behalf of herself, and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>NPAS SOLUTIONS, LLC,<br><br>Defendant. | Case № 2:19-cv-02495-ODW (KSx)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT [13]** |

///
///
///
///
///
///
///
///
///
///
///
///

Defendant NPAS Solutions, LLC served Plaintiff Jennifer Rennick with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case on June 5, 2019.  (ECF No. 13.)  On June 20, 2019, Plaintiff filed a First Amended Complaint—fifteen days later.  (ECF No. 15.)  Federal Rule of Civil Procedure 15(a)(1) allows plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service of a Rule 12(b) motion.  Therefore, Plaintiff's amended complaint is proper.  As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**.  *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

June 21, 2019

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**