1

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*

2

ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*

3

KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*

4

651 Arroyo Drive
San Diego, California 92103

5

Telephone:(619) 696-9006
Facsimile: (619) 564-6665

6

7

*Attorneys for Plaintiff*

8

9

**UNITED STATES DISTRICT COURT**

10

**CENTRAL DISTRICT OF CALIFORNIA**

11

JENNIFER RENNICK, on behalf of
herself, and all others similarly situated,

Case No.: CV 2:19-02495-ODW-KS

12

Plaintiff,

CLASS ACTION

13

v.

**STIPULATION FOR DISMISSAL
PURSUANT TO RULE 41(A)**

14

NPAS SOLUTIONS, LLC.,

15

16

Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Jennifer Rennick, an Individual ("Plaintiff"), through her counsel of record, Kas L. Gallucci of the Law Offices of Ronald A. Marron, and NPAS Solutions, LLC ("Defendant"), through its counsel of record, Maura Kathleen Monaghan, hereby file this Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a).

This action shall be dismissed WITH PREJUDICE as to all individual claims asserted by Plaintiff against Defendant, and WITHOUT PREJUDICE as to the class action claims asserted in the lawsuit pursuant to Federal Rule of Civil Procedure 41(a).

Each party to bear their own costs and fees.

Respectfully submitted,

Dated:  April 23, 2020

By: *s/ Kas L. Gallucci*

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
ALEXIS M. WOOD
KAS L. GALLUCCI
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff*

/s/  Maura Kathleen Monaghan
Maura Kathleen Monaghan
Jacob W Stahl
Debevoise and Plimpton LLP
919 Third Avenue
New York, NY 10022
Phone:  212-909-6000

1

*Rennick v. NPAS Solutions, LLC.* No. CV 2:19-02495-ODW-KS
STIPULATION FOR DISMISSAL

1

2

Fax:  212-909-6836
Email:  mkmonaghan@debevoise.com

3

*Attorneys for NPAS SOLUTIONS, LLC*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2