JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RENNICK, on behalf of herself, and all others similarly situated,<br><br>                    Plaintiff,<br>      v.<br><br>NPAS SOLUTIONS, LLC.,<br><br><br>                    Defendant. | Case No.: CV 2:19-02495-ODW(KS)<br><br>CLASS ACTION<br><br> **ORDER OF DISMISSAL** |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice as to all individual claims asserted by Plaintiff against Defendant, and without prejudice as to the class action claims asserted in the lawsuit pursuant to Federal Rule of Civil Procedure 41(a).

Each. party shall bear its own costs and fees.

IT IS SO ORDERED.

DATED:   April 23, 2020

_____
UNITED STATES DISTRICT JUDGE

1